# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNCOMMON, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GODIRECTINC.COM. INC.,**<br><br>Defendant. | Case No.: _____<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Uncommon, LLC, through its attorneys, declares that Uncommon, LLC is a Delaware limited liability company, and it has no publicly held affiliates.

DATED: December 4, 2015

Respectfully Submitted,

/s/Edward L. Bishop_____
Edward L. Bishop
ebishop@bishoppatents.com
Nicholas S. Lee
nlee@bishoppatents.com
BISHOP DIEHL & LEE, LTD.
1750 E. Golf Road, Ste. 390
Schaumburg, IL 60173
Tel: (847) 969-9123
Fax: (847) 969-9124

*Attorneys for Plaintiff Uncommon, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system December 4, 2015. Any other counsel of record will be served by electronic mail and/or first class mail.

                                                /s/Edward L. Bishop  
                                                Edward L. Bishop