IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNCOMMON, LLC,**<br><br>   Plaintiff,<br><br> v.<br><br>**GODIRECTINC.COM. INC.,**<br><br>   Defendant. | Case No.: _____<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CLAIM INVOLVING A TRADEMARK

Plaintiff Uncommon, LLC ("Uncommon") pursuant to LR 3.4 of the United States District Court for the Northern District of Illinois, Eastern Division, provide the following information to this Court:

 1 This Complaint includes one count of infringement of a trademark owned by Plaintiff Uncommon, LLC. The trademark at issue is Registration No. 4,338,254.

 2. Plaintiff Uncommon, LLC is a Delaware Limited Liability Company having its principal place of business at 2759 W. Lawrence Ave., Chicago, IL 60625.

 3. Defendant GoDirectInc.com, Inc, is a California Corporation having its principal place of business at 14746 Yorba Ct, Chino, CA 91710.

DATED:  December 4, 2015          Respectfully Submitted,

/s/Edward L. Bishop_____
Edward L. Bishop
ebishop@bishoppatents.com
Nicholas S. Lee
nlee@bishoppatents.com
BISHOP DIEHL & LEE, LTD.
1750 E. Golf Road, Ste. 390
Schaumburg, IL 60173
Tel:  (847) 969-9123
Fax:  (847) 969-9124

*Attorneys for Plaintiff Uncommon LLC*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF CLAIM INVOLVING A TRADEMARK was served on Defendant GoDirectInc.com, Inc. addressed as follows:

GODIRECTINC.COM, INC.
14746 Yorba Ct
Chino, CA  91710

by first-class mail, on December 4, 2015.

/s/Edward L. Bishop_____
Edward L. Bishop